427 A.2d 240

Commonwealth v. Nixon, Appellant.

Submitted August 28, 1979. G. William Bills, Jr., for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*
Judgment affirmed.

LARSEN, J., concurred in the result.